UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE HALEY,                                    CASE NO. 4:18-CV-07542-HSG
                    Plaintiff(s),

        v.                                         STIPULATION AND [PROPOSED]
                                                   ORDER SELECTING ADR PROCESS

CLARK CONSTRUCTION GROUP-
CALIFORNIA, INC., et al.,
                    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following
stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the
following ADR process:

☐    **Early Neutral Evaluation (ENE)**  (ADR L.R. 5)

☐    **Mediation** (ADR L.R. 6)

**X**    **Private ADR** (mediation to be conducted by the
         Judicial Arbitration Mediation Services)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R.3-5.*

The parties agree to hold the ADR session by:

☐        the presumptive deadline *(90 days from the date of the order referring the case to
         ADR, unless otherwise ordered.)*

**X**    other requested deadline: August 27, 2019

Date:  4/26/2019              /s/ *Ann M. Kariuki*
                         Ann M. Kariuki, Attorney for Plaintiff

Date:  4/26/2019              /s/ *Megan M. Lawson*
                         Megan M. Lawson, Attorney for Defendant

**[PROPOSED] ORDER**

☒        IT IS SO ORDERED.
☐        IT IS SO ORDERED WITH MODIFICATIONS:

Date: 4/29/2019                          _Haywood S. Gill Jr._
                                         U.S. DISTRICT/MAGISTRATE JUDGE

> *Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*