**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**LATEEF H. GRAY, Esq., SBN 250055**
**ANN M. KARIUKI, Esq., SBN 283306**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
lateef.gray@johnburrislaw.com
akariukiesq@gmail.com

Attorneys for Plaintiff
LAWRENCE HALEY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HALEY, as an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>CLARK CONSTRUCTION GROUP-CALIFORNIA, et al.,<br><br>　　　Defendants. | Case No. 4:18-CV-07542-HSG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEEFNDANT'S**<br><br>**Date**:　August 14, 2019<br>**Time**:　9:00 a.m.<br>**Ctrm**:　F, 15th Floor<br>**Judge**: Hon. Jacqueline Scott Corley |

On July 31, 2019, Defendant Clark Construction, through its counsel, filed a Supplemental Declaration in Support of its Motion to Compel Independent Medical Examination of Plaintiff (Dkt. No. 35).

Because the aforementioned filing is both untimely and in clear violation of the Court's order (Dkt. No. 33) that no reply brief shall be filed, Plaintiff moves for the Court to order that this filing be stricken from the record and not considered for any purpose.

Defendant has provided no justification for its untimeliness. Additionally, Defendant did not request an extension of time, nor did they request permission to file late.

As such, Defendant's Supplemental Declaration (Dkt. No. 35) should be stricken as untimely.

DATED: August 1, 2019

           THE LAW OFFICES OF JOHN L. BURRIS

           By: /s/*Adante D. Pointer*

            JOHN L. BURRIS
            ADANTE D. POINTER
            LATEEF H. GRAY
            ANN M. KARIUKI
            Attorneys for Plaintiff
            LAWRENCE HALEY