**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**LATEEF H. GRAY, Esq., SBN 250055**
**ANN M. KARIUKI, Esq., SBN 283306**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
lateef.gray@johnburrislaw.com
akariukiesq@gmail.com

Attorneys for Plaintiff
LAWRENCE HALEY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HALEY, as an individual, <br><br> Plaintiff, <br><br> v. <br><br> CLARK CONSTRUCTION GROUP-CALIFORNIA, et al., <br><br> Defendants. | Case No. 4:18-CV-07542-HSG <br><br> **ORDER TO EXTEND TIME FOR FACT DISCOVERY** <br><br> **Trial Date**: March 23, 2020 <br> **Judge**: Haywood S. Gilliam, Jr. |

Upon consideration of the Plaintiff's Motion for Extension of Time from August 19, 2019 to October 2, 2019 for Fact Discovery, and good cause appearing therefor, it is hereby, ORDERED that the application is granted and the time for the parties to conduct fact discovery filing and it is hereby extended to and including October 2, 2019.

Dated: 8/20/2019

_____
Honorable Haywood S. Gilliam, Jr.

ORDER GRANTING PLAINTIFF LAWRENCE HALEY'S EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER Case No. 4:18-CV-07542-HSG     1